ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

_____*USA*_____,
                              Plaintiff(s),

v.

_____*N. Visen*_____,
                              Defendant(s).
----------------------------------------------------------x

SEALED

**CALENDAR NOTICE**

24~~05~~ *cr* 604 (VB)

        **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/
re-scheduled for:

____ Status conference                    ____ Final pretrial conference

____ Telephone conference                 ____ Jury selection and trial

____ Pre-motion conference                ____ Bench trial

____ Settlement conference                ____ Suppression hearing

____ Oral argument                        ____ Plea hearing

____ Bench ruling on motion               ✓ Sentencing

on ____*9-30-*____, 20 *25*, at ____*2:30pm*____, in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from ___*9-18-25*___

        **All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated:___*7-25-*___, 20_*25*_
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

*Deadlines for pretrial
submissions remain
unchanged.*