# SALLAH ASTARITA ⟨⟩ COX

———————————————————————— LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW    Florida | New York | New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/25

VIA CM/ECF

APPLICATION GRANTED
The probation conditions are modified as set forth in the first paragraph of this letter. To be clear, the two-year term of probation shall continue to run until completion.
SO ORDERED:

*Vincent V. Briccetti*

Vincent L. Briccetti, U.S.D.J. 12/4/2025

The Honorable Vincent L. Briccetti
United States Courthouse, Courtroom 620
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *United States v. Visen*, Case No. 24 Cr. 604 (VB)

Dear Judge Briccetti:

On behalf of Mr. Neeraj Visen, a Canadian citizen, I respectfully move the Court to modify the conditions of his probation to: (1) permit him to return to Canada by January 13, 2026, because he is no longer employed in the United States and will lose his H-1B visa status; (2) release him from all other probationary terms or conditions while he resides outside the United States, including any limitations on his ability to travel between Canada and any other country outside of the United States; and (3) require him to report to the nearest U.S. Probation office within 72 hours of reentering the United States during the pendency of his probationary term, which should continue to run until it expires on October 16, 2027.

## Background

Mr. Visen has legally resided in the United States since May 2019 under an H-1B work visa. On October 15, 2025, the Court sentenced him to two years of probation. The Judgment in a Criminal Case (ECF No. 32) imposes the mandatory condition that he shall not commit another crime, the standard condition that he maintains full-time employment, and a special condition requiring him to comply with all immigration laws and directives of immigration authorities. Mr. Visen has complied with all probation conditions to date.

On November 7, 2025, Mr. Visen's employer informed him that he must either voluntarily resign or be terminated from his position. He chose to resign effective November 14, 2025. Because he is no longer employed, his H-1B status will end, and he must depart the United States within 60 days—by January 13, 2026—to remain in lawful immigration status.

If he were to remain in the United States beyond that date, he would violate federal immigration law and the conditions of his probation. Without valid H-1B status, he cannot lawfully work full-time, would be deemed unlawfully present, and could be subject to removal proceedings—all of which would place him in violation of his term of probation.

With respect to Mr. Visen's forfeiture obligation, he sent a certified check made payable to the United States Marshals Service for the full amount due ($108,139.67) on October 17, 2025. I have conferred with AUSA James McMahon, who acknowledged that the United States has received Mr. Visen's forfeiture check.

### Requested Relief

For these reasons, Mr. Visen respectfully requests that the Court issue an order:  (1) permitting him to return to Canada by January 13, 2026, because he is no longer employed in the United States and will lose his H-1B visa status; (2) releasing him from all probationary terms and conditions while he resides outside the United States, including any limitations on his ability to travel between Canada and any other country outside of the United States; and (3) requiring him to report to the nearest U.S. Probation office within 72 hours of reentering the United States during the pendency of his probationary term, which should continue to run until it expires on October 16, 2027.

Mr. Visen and I both consulted with his Probation Officer, Craig Chilton, who has provided that U.S. Probation does not oppose this request. The undersigned has also consulted AUSA James McMahon, who likewise does not oppose the requested relief.

Respectfully Submitted,

*/s/ Jeffrey L. Cox*
Jeffrey L. Cox
Counsel for Neeraj Visen

Cc:    James McMahon, Esq.
Assistant United States Attorney